FILED

08/14/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0407

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0407

_____

PATRICK A. MALLOY, III,

     Plaintiff and Appellant,

  v.

BETTINA J. WEILER MALLOY HUNT,
PROVIDENCE ST. PATRICK HOSPITAL,
PROVIDENCE HEALTH SERVICES, and JOHN
DOES 1-5,

     Defendants and Appellees.

                         O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Shane A. Vannatta, District Judge.

                         For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 14 2024